Date: **August 26, 2008**

06-CR-10356-RW2

Hon. Rya W. Zobel
c/o _____
Deputy Clerk
United States District Court
for the District of Massachusetts

Dear Sir/Madam.

I was sentenced by Judge Zobel on November 15, 2007 based on the
sentencing guidelines that were then in effect regarding cocaine base. I believe that I am eligible
to be resentenced, under the amended cocaine base guidelines, which have been made
retroactive.

My current release date is July 6, 2022 (projected).

I cannot afford to hire an attorney. A completed financial affidavit is enclosed. I am
respectfully requesting that the Court appoint counsel to represent me.

Sincerely,

Gene Patrick

Gene Patrick

Name: Gene Patrick, Reg. NO. 21251-038

Address: USP McCreary, Box 3000

Pine Knot, KY 42635

_____

Telephone: n/a