UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
          )
v.          )     Criminal No. 06-10356-RWZ
          )
EUGENE TERRELL PATRICK    )

## JOINT STATUS REPORT ON JP LAB AND PROPOSED BRIEFING SCHEDULE

The parties in this case are both in receipt of the Inspector
General's Report issued on March 4, 2014.  They have conferred and
propose the following briefing schedule to address the issues in that
Report and the merits of the 2255 Motion already on file:

1.  Counsel for the defendant proposes to supplement the 2255
    Motion already on file on or before April 14, 2014.

2.  Counsel for the government proposes to respond to the 2255
    (as supplemented) on or before June 14, 2014.  The dates
    proposed reflect the large number of such motions that the
    undersigned have to deal with and that that Dookhan is not
    listed on the drug certificate.


                Respectfully submitted,

                CARMEN M. ORTIZ
                UNITED STATES ATTORNEY
        By: /s/ John A. Wortmann, Jr
                JOHN A. WORTMANN, JR.
                Assistant U.S. Attorney
                One Courthouse Way
                Boston, MA
                (617) 748-3207

/s/ James B. Krasnoo
JAMES B. KRASNOO
Krasnoo Klehm, LLP
28 Andover Street, Suite 240
Andover, MA 01810
978-475-9955
COUNSEL FOR EUGENE TERRELL PATRICK

## CERTIFICATE OF SERVICE

The government hereby certifies that the foregoing was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants.

/S John A. Wortmann, Jr. 3-13-14
JOHN A. WORTMANN, JR.
Assistant U.S. Attorney